ANNA M. HEATH, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 40143.) — MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by the court.